# United States District Court
# For The Western District of North Carolina
# Charlotte Division

RICHARDE DANIEL CARTER,

    Plaintiff(s),             JUDGMENT IN A CIVIL CASE

vs.                               3:07CV292
                                 3:04CR94

UNITED STATES OF AMERICA,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 5, 2007 Order.

                                               Signed: November 5, 2007

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court